
**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

REZA NAGAHI,

Plaintiff - Appellant,

v.

CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT; et al.,

Defendants - Appellees.

No. 11-17320

D.C. No. 5:07-cv-06268-JF

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Jeremy D. Fogel, District Judge, Presiding

Argued and Submitted February 10, 2014
San Francisco, California

Before: REINHARDT and THOMAS, Circuit Judges, and SESSIONS, District
Judge.[**]

The State defendants have advised the court that "[a]lthough this case has a

long and complex history, the result in this Court should be short and simple: a

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The Honorable William K. Sessions III, District Judge for the U.S.
District Court for the District of Vermont, sitting by designation.

remand to the District Court so that Petitioner Reza Nagahi might be provided with the two possible forms of relief to which he may be eligible: the appropriate measure of Additional Trade Readjustment Allowance monetary benefits to which he is entitled by statute, and a written notification regarding his application for Remedial Education benefits." Accordingly, we REVERSE and REMAND for further proceedings in accordance with the above.